IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CR-00211 HEA SPM ) |
| JOYNELLE YANCEY, | ) ) |
| Defendant. | ) ) |

**MOTION FOR PREHEARING DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending a revocation hearing, and further requests that a detention hearing be held ten days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3142(d)(1)(A) and Federal Rule of Criminal Procedure 32.1.

As and for its grounds, the Government states as follows:

1. Defendant is charged with the theft of government funds, 18 U.S.C. § 641.

2. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against Defendant and Defendant's history and characteristics warrant Defendant's detention pending trial.

3. Defendant engaged in the charged conduct while serving a term of supervised release upon a conviction for aggravated identity theft, possession of five or more false identification documents, and conspiracy to defraud in criminal case number 4:18CR00195 CDP.

4. Defendant poses a risk of economic danger to the community because she engaged in the conduct after serving a 27 month term of incarceration for fraud and the Edmundson Police Department is investigating her from stealing an electronic device from a guest of her former employer.

5. WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and ensure that she does not pose a risk of economic danger to the community, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing ten (10) days from the date of defendant's initial appearance in order for the United States Probation Office to determine whether it wishes to file a petition to revoke her supervised release.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

s/Tracy L. Berry
TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
(314) 539-2200